Jane Doe

vs.

USA, All 50 States

Case: 1:22-cv-01337
Assigned To : Unassigned
Assign. Date : 5/13/2022
Description: Pro Se Gen. Civ. (F-DECK)

Rules of all jurisdiction to file in jurisdiction of choice

I have been kept as a prisoner for years by all jurisdictions and deprived of everything I own. Title 18 - conspiracy exceeding espoonage with knowledge of all jurisdictions using vouchers as if I was deceased.

I have been deprived of residence every where, do not have capability to receive mail, have an e-mail or phone. This is due to false statement transfer of Identity using violation of all Hippa laws according to medical files of others.

Law enforcement claims Title 18 code 3/300 to 307, a claim to be military wife as immigrant, cross reference of immigration of a false immigration card or redaction of SS# names me as immigrant, false statement

RECEIVED
MAY 13 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

How do I complain about this incident or reacurence through Hippa Law / Secretary of the Department of Health & Human Services at 200 Independence Avenue SW Washington DC 20201, This district. I have, however being law enforcement of international jurisdoction says I am Jane DOE, Barbara Jean Moore, 10/27/50, my mother. False statement of the program of all 50 states Epic.

I am under arrest false statement, and being human trafficked for immigration funds. Reasoning to collect goods that myself & mother own. In conjuction to steal author writes and law suits from me & my whole family. Why - nationality of native American and Descendant funds.

Insurance Companies, and a law firm has declared me deceased; in addition switched Identity's to redact social so I could be fictitious. I am not USA's girlfriend.

A mind reading device was added to my to steal goods in the name of false statement. My civil Rights was violated and, Article 3 determines that this is illegal in all 50 states, also as an immigrant. Law enforcement has used Title 42 to slam dunk me with handcuffs unlawfully.

## Motion to Restrain other Jurisdictions

I'm in need of an attorney for restraining the state of Missouri, California, & Illinois for removal of mind reading device. I am in need of preliminary Hearing to place property or any thing of my name in contempt of court.

A filing was done in San Diego, CA, however this needs to be transfered to Supreme Court. By redaction of Social says I am not who I say I am according to long term DMV Records, & signature of medical Records. Biometrics were confenscated unlawfully to steal genetics to transfer to different Identities of family.

I would need the acompany of the Attorney General and CIA for assistace. I have been filing cases since 2019. The court of Federal says, I am not who I say I am. This is false statement due to espeonage of logistics.

I am a victim of peonage to continuously write as an author for free. I can't have a job because of no phone & no mail. Payments from employment is missing right now.

I'm a disabled person who is forced to work under immigrant conditions.

I would like an investigation for insurance policies, and pharmaceutical company Johnson & Johnson in the event to delay Rospedel case. I am witness of a family member. The unlawful enduced insifficient ways of delay in trial has violated Title 18 psychological impairment. Why the addition of mind reading device.

An organization who operates who, world Heath organization claims to be. Share holders of insurance companies & Johnson & Johnson pharmaceutical company has rearanged my Identity with it by device continuously, funds from

A demand of ^ Geico and Allstate whom has locked my information to be deceased owe's policy money along with reliance insurance company. These insurance companies are placed unde Lucille Education along with others.

I am in need of surgery immedictely

I would like to refer to case 3:21-CV-00976 & motion to refile with help of Attorney General without parties escaping the Rico Law

nd surgery, I'm in need of for expenses of surgery and living exspenses.     case is not in conjunction with 00976